**2010–1156.   State v. Woodson.**
Cuyahoga App. No. 93476, 2010-Ohio-1671. On motion for leave to file delayed appeal. Motion granted.
    O'CONNOR and LANZINGER, JJ., dissent.

**2010–1177.   State v. Britta.**
Lake App. No. 2009–L–017, 2010-Ohio-971. On motion for leave to file delayed appeal. Motion granted.
    LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2010–1185.   State v. McGrath.**
Cuyahoga App. No. 77896. On motion for leave to file delayed appeal. Motion denied.

**2010–1198.   State v. Tinsley.**
Cuyahoga App. Nos. 92335 and 92339, 2010-Ohio-2083. On motion for leave to file delayed appeal. Motion granted.
    O'CONNOR and LANZINGER, JJ., dissent.

**2010–1228.   State v. Heft.**
Logan App. No. 8–10–05. On motion to stay execution of judgment. Motion denied.

**2010–1236.   King v. ProMedica Health Sys., Inc.**
Lucas App. No. L–09–1282, 2010-Ohio-2578. On motion for stay of court of appeals' judgment. Motion granted.
    PFEIFER and LANZINGER, JJ., dissent.

**2010–1270.   State v. Alexander.**
Franklin App. No. 10AP–124. On motion for stay. Motion denied.

**2010–1310.   State v. Chappell.**
Cuyahoga App. No. 93298, 2010-Ohio-2465. On motion to stay proceedings. Motion denied.
    BROWN, C.J., and O'DONNELL, J., dissent.

**2010–1315.   State v. Gould.**
Lucas App. No. L–08–1383, 2010-Ohio-3437. On motion for stay of court of appeals' judgment pending appeal. Motion granted.
    BROWN, C.J., and PFEIFER, J., dissent.